# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

RICARDO BARCENAS and
JOHN DOE,
*on behalf of themselves, FLSA Collective Plaintiffs
and the Class,*

        Plaintiffs,

v.

EATALY NY FIDI, LLC
    d/b/a EATALY NYC DOWNTOWN,
EATALY NY LLC,
    d/b/a EATALY NYC FLATIRON,
B & B HOSPITALITY GROUP LLC,
EATALY AMERICA, INC.,
ALEX SAPER, ADAM SAPER,
JOE BASTIANICH, LIDIA BASTIANICH,
MARIO BATALI, OSCAR FARINETTI
and NATALE FARINETTI,

        Defendants.

Case No.: 17-cv-6731

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/17

**PLEASE TAKE NOTICE** that the claims of Plaintiff RICARDO BARCENAS are hereby dismissed, without prejudice, in their entirety as against the Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: September 6, 2017
       New York, New York

                          Lee Litigation Group, PLLC
                          30 East 39th Street, Second Floor
                          New York, NY 10016
                          Phone: (212) 465-1188

                          C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
      U.S.D.J
      9/27/17